UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-524(PGS) |
| v. | : | O R D E R |
| TERRY HINTON | : | |

This matter having been brought to the court by Terry Hinton, through his attorney, David E. Schafer, Assistant Federal Public Defender, for an amendment to the previous detention order entered, and both parties having presented their respective positions, and for good cause shown,

IT IS HEREBY ORDERED on this 14th day of December, 2009, that the previous detention order is vacated and Hinton is released upon the following conditions:

1. He is to be confined to his residence under house arrest with electronic monitoring;

2. He shall abide by any other rules or instructions that Pretrial Services deems necessary.

*This application is denied since there are state charges pending and government objects.*

_____
HONORABLE PETER G. SHERIDAN
United States District Judge